UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case No. 26-33292 WJF

In Re:

Chapter 13

Joshua Michael Branville
*aka* Joshua Michael Gustafson-Branville,

Debtor.

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 9010(b) and 2002(g), the undersigned hereby notes an appearance on behalf of:

Carrington Mortgage Services, LLC,

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

Carrington Mortgage Services, LLC
c/o LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P
4500 Park Glen Road, Suite 300
Minneapolis, MN 55416
(952) 925-6888

Dated: October 6, 2026

LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P

By: /s/Kevin T. Dobie

Kevin T. Dobie, #388322
Attorney for Movant
4500 Park Glen Road, #300
Minneapolis, MN 55416
(952) 925-6888
kevin@minnesotamortgagelaw.com